**KENNETH A. RUSHTON (2827)**
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 NOV 22 PM 12: 42

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| In Re: | Chapter 7 |
| SAMUEL MORGAN<br>KARRALEE MORGAN | Bankruptcy No. 09-33492 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92004972044366.

3. The amounts are as follows:

| | |
|---|---:|
| Bonneville Collections<br>P.O. Box 150621<br>Ogden, Utah 84415 | $1.45 |
| Intermountain Health Care, Inc.<br>P.O. Box 27808<br>Salt Lake City, Utah 84127-0808 | .84 |
| Scott Machinery Co.<br>Steve Taggart<br>P.O. Box 70282<br>Salt Lake City, Utah 84170-0282 | 3.29 |
| Verizon<br>P.O. Box 3397<br>Bloomington IL 61702 | 1.75 |

4. A check in the amount of $7.33, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.



DATED this _18_ day of _November_, 2010.

_____
KENNETH A. RUSHTON, Trustee

## CERTIFICATE OF SERVICE

      I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this ___ day of _November_____, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_____

3